J. L. Emil Schueler, Appellant, v. Mary Louise Dooley, Respondent.— Order affirmed on reargument, with ten dollars costs and disbursements.

No opinion. Jenks, P. J., Burr and Rich, JJ., concurred; Thomas and Carr, JJ., dissented.

Elizabeth A. Ullrich, as Administratrix, etc., of John F. Ullrich, Deceased, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of Claudine Eckert, an Alleged Incompetent Person.— Motion for stay granted, without costs, on condition that the appellant stipulate for the appointment of a receiver until the rights of the parties are finally determined. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.